IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROBERT WALL                                                              PETITIONER

VERSUS                                          CIVIL ACTION NO. 5:08cv234-DCB-MTP

BRUCE PEARSON, et al.                                    RESPONDENTS

FINAL JUDGMENT

This cause is before the Court, <u>sua</u> <u>sponte</u>, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that the petitioner's request that a writ of mandamus be issued is denied and this cause be dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the __11th__ day of August, 2008.

                                       s/ David Bramlette
                                       UNITED STATES DISTRICT JUDGE